IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**TIFFANY ROWAN**                                                                          **PLAINTIFF**

v.                                            Case No. 4:21-cv-00911 KGB

**PEPSICO, INC., NEW BERN**
**TRANSPORT CORPORATION, and**
**BRYSON JURIEL BOWERS**                                                                   **DEFENDANTS**

## ORDER

Before the Court is defendants PepsiCo, Inc., New Bern Transport Corporation ("New Bern"),[1] and Bryson Juriel Bowers's motion for protective order and for interim pretrial conference (Dkt. No. 18). The Court conducted a hearing on the motion on December 19, 2022 (Dkt. No. 27). Plaintiff Tiffany Rowan also filed a motion to compel discovery which, as the Court acknowledged at the hearing, is not ripe (Dkt. No. 25). Consistent with the oral rulings announced by the Court during that hearing, the Court takes under advisement defendants' motion subject to further briefing, if appropriate, and sets the following deadlines:

1.  On or before January 9, 2022, the parties should present to the Court for consideration either a joint agreed protective order or each party may submit by that deadline a proposed protective order for the Court's consideration.

2.  The parties will have seven days from the entry by the Court of a protective order to produce documents.

---

[1] The Court directs the Clerk of Court to change the docket sheet to include the correct name of this defendant, as reflected in plaintiff's first amended complaint (Dkt. No. 14).

3. After each party makes a production of documents subject to the protective order, to the extent discovery issues raised in either party's pending motions persist or new discovery issues arise, the parties are directed to meet and confer.

4. Either party shall file on or before February 9, 2023, a renewed motion to compel or an amended motion to compel, if necessary.

5. The Court addressed with all counsel the potential for issues regarding claims of attorney-client privilege and work product protection to arise. Should such issues arise in this case, the Court directs all parties to meet and confer and then to raise by separate motion with the Court issues related to these claims.

6. The Court suspends all deadlines set forth in the Court's Final Scheduling Order (Dkt. No. 12). On or before February 9, 2023, the parties should present to the Court, either jointly or separately, any proposed extensions of modifications to the Court's Final Scheduling Order.

It is so ordered this the 20th day of December, 2022.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge