(Post. 3/25/13)

# United States District Court
## *Eastern District of Arkansas*

TIFFANY ROWAN

# NOTICE

v.

PEPSICO, INC., et al.

CASE NUMBER: 4:21-cv-00911 KGB

| TYPE OF CASE: | ☒ CIVIL | ☐ CRIMINAL |
|---|---|---|

☐ TAKE NOTICE that a proceeding in this case has been set for the place date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4D |
| | DATE AND TIME |
| | |

**TYPE OF PROCEEDING**

Telephone Hearing re [34] Motion to Compel Discovery before United States District Judge Kristine G. Baker.

☒ TAKE NOTICE that a proceeding in this case has been continued as indicated below:

| PLACE | ROOM NO. | CONTINUED TO, DATE AND TIME |
|---|---|---|
| Richard Sheppard Arnold United States Courthouse<br>500 West Capitol<br>Little Rock, Arkansas  72201 | 4D | September 19, 2023, at 1:30 p.m. |

Tammy H. Downs, CLERK

U.S. MAGISTRATE JUDGE OR CLERK OF COURT

09/08/2023

DATE

Tracy M. Washington

(BY) DEPUTY CLERK

To: